OLIVER MATTHEWS
(Name) 480 ALTA RD.
P.O. BOX 799005
(Address)
SAN DIEGO, CA. 92179
(City, State, Zip)
K-39692
(CDC Inmate No.)

**FILED**

FEB 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254    1983 ✓
**FILING FEE PAID**
Yes ___ No ✓
**IFP MOTION FILED**
Yes ___ No ✓
**COPIES SENT TO**
Court ✓ ProSe

# United States District Court
## Southern District of California

OLIVER MATTHEWS JR ,
(Enter full name of plaintiff in this action.)

              Plaintiff,

  v.
CALIFORNIA DEPARTMENT OF CORRECTIONS
COUNTY OF SAN DIEGO, CA.
R.J. Donovan State Prison of California

_____ ,

_____ ,

_____ ;

(Enter full name of each defendant in this action.)

              Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 0383 WQH CAB

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, OLIVER MATTHEWS
(print Plaintiff's name)
K 39692 , who presently resides at R.J. Donovan State
(mailing address or place of confinement)
Prison of California    480 ALTA RD.    SAN DIEGO
P.O. BOX 799005 / CA. 92179 , were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at R.J. Donovan

State Prison of California.    on (dates) 12-21-2007, 12-21-2007, and 12-21-2007
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

§ 1983 SD Form
(Rev. 4/06)

2. <u>Defendants:</u>  (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>CALIFORNIA DEPARTMENT OF CORRECTIONS</u> *(name)* resides in <u>SAN DIEGO, CA.</u> *(County of residence)*

*Mailroom Personnel at R.J. Donovan State Prison*

and is employed as a <u>Department of Corrections (Mailroom Personnel)</u>. This defendant is sued in *(defendant's position/title (if any))*

his/her ☑ individual ☑ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: <u>Ineffective assistance; which is incompatible</u>

<u>with employment and adverse in effects of an illegal</u>

<u>nature thereof  conduct of dis-loyalty and terroristic.</u>

*Mailroom* <u>Personnel responsible for distribution of legal mail to the courts.</u>

Defendant _____ *(name)* resides in _____ *(County of residence)*

and is employed as a _____. This defendant is sued in *(defendant's position/title (if any))*

his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____

Defendant _____ *(name)* resides in _____ *(County of residence)*

and is employed as a _____. This defendant is sued in *(defendant's position/title (if any))*

his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____

Defendant _____ *(name)* resides in _____ *(County of residence)*

and is employed as a _____. This defendant is sued in *(defendant's position/title (if any))*

his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____

§ 1983 SD Form
(Rev. 4/06)

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: ACCESS TO COURTS

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

I prisoner Matthews have been mailing legal documentations to San Diego's Superior Court's and not receiving any responses since December/2007. I have attached a copy of a letter sent back to me claiming that I've never had anything received at court.

I prisoner Matthews also have attached here of many efforts; which I've been making attempts unto receiving a copy of my "mailroom log card" for these such purposes —unto my personal as well as legal contents of record. (Looking at attached documents) I am demonstrating how mailroom personnel of CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS of the County of San Diego, CA.— R.J. Donovan State Prison of California: has been demonstrating dis-loyalties to the call to duty desired of the California Code's of Regulations (CCR's Title 15.) and violating Due Processes of the law state/federal. I've been being biasly denied and thereof cruelly turned away of access that will give record of these legal mailings and therefore exhausting my remedies I am filing this complaint to the United States District Court of the Southern District of California.

§ 1983 SD Form
(Rev. 4/06)

3

Count 2:  The following civil right has been violated: __Due Process__

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

I prisoner MATTHEWS have been being denied the free access of law and to the court for Due Processes and rulings due to the bias and discriminating as well as Incompatibility demonstrated by this activity of mailroom personnel not forwarding (as requested) a copy of the mailroom log card of myself the Plaintiff (OLIVER MATTHEWS) and violating the departments code's of regulation of this State of California. This is violent, irritating, and denial of my due process to free access (as a ward of this state) of my own personal contents while under incarcerated conditions.

Count 3:  The following civil right has been violated: Freedom from cruel and
unusual punishment

(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

Supporting Facts:  [Include all facts you consider important to Count 3.  State what happened clearly and in
your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant,
by name, did to violate the right alleged in Count 3.]

I prisoner Matthews have been cruelly and
unjustified in nature of these such conditions-through the activities demonstrated (SEE ATTACHED
SHEET) which, have driven my blood pressure
to rise, also anxiety which has come from the
dis-loyalty and discomforts which also I am
experiencing due to the inconvience's which
mailroom personnel have been demonstrating and
violating the state code of regulations (CCR's Title
15.) and State/Federal law. I've also learned
that my petition for Writ of Habeas Corpus
has neither even been received in accordance
with the letter attached with this complaint.
This activity in association is a showing of
why (as shown on attached documents) mailroom
personnel is in violation of the due processes
given of California's Code of Regulations (CCR's Title 15)
and state/federal laws - by continually being
of non-compliance's and to the call of duty
which is of the department.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: OLIVER MATTHEWS JR
Defendants: K. BAKER - Hearings Officer for the Board of Parole Hearings , State of California

(b) Name of the court and docket number: U.S. District Court Southern District of California (San Diego) Civil Docket For Case#: 3:08-cv-00011-JLS-PCL.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] This case is still pending.

(d) Issues raised: 550 Prisoner: Civil Rights

(e) Approximate date case was filed: 01-02-2008

(f) Approximate date of disposition: Still pending.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

SEE ATTACHED FORMS

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): *any accesses of reprisal and retaliation, discrimination, all violent and/or malicious activities of adverse or Incompatible Activities diverse to human and/or Civil Right's to due processes of law being Violated.*

2. Damages in the sum of $ _____.

3. Punitive damages in the sum of $ *750,000⁰⁰* .

4. Other: *Pain and Suffering in the sum of $600,000 ⁰⁰* _____.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

*02-27-2008*
Date

*Olin Matthu*
Signature of Plaintiff

There is no way of attempting to resolve the following issue of appeals except through the order; which, I've demonstrated on the following form and yet are being denied and thereof discriminated unto due process of law, violated of receiving proper code of conduct in accordance with Title 15.; and these demonstrations are neither resolving any problemed issue as I am demonstrating of this petition and cause's for the appeals coordinator isn't notifying the parties of concern and are thereof demonstration of discrimination of due processes; which, prejudices accountability and responsibilities to be exercised of such parties and therefore I am forwarding this emergency appeals.

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*October 11, 2007*

***MATTHEWS, K39692***
*F41800000000232U*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level.*
*The Informal Level of Review is waived for appeals of classification actions; serious*
*disciplinaries; CSR actions; departmental regulations, policies or operational procedures;*
*staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an*
*informal response by sending your appeal directly to:*

***FACILITY 4 PROGRAM***

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be
automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be
appealed. If you believe this screen out is in error, please return this form to the Appeals
Coordinator with an explanation of why you believe it to be in error, and supporting
documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

**INMATE/PAROLEE APPEAL FORM**

CDC 602 (12/87)

RECEIVED
OCT 10 2007

| Location: Institution/Parole Region | Log No. | Category 3 mail |
| --- | --- | --- |
| 1. | 1. | |
| 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
| --- | --- | --- | --- |
| MATTHEWS | K39692 | Reception · RICHARD J. DONOVAN | FAC4/20-118 |

A. Describe Problem: Attn: Mailroom Sergeant, I prisoner MATTHEW K39692 are forwarding this complaint to your office's due to circumstances; which, are demonstrating incompatible activities. I have sent numerous inmate request; and are asking to receive the indigent package which new arrivals of intake are entitled to receive of envelopes; writing paper in accordance with 3134 of the CCR Title 15 -- see __

If you need more space, attach one additional sheet.

B. Action Requested: I am requesting to receive my issue as an indigent Prisoner and that I may continue to receive these issue's each week as I've not yet received any of this indigent Prisoner's issue's from the mailroom as requested.

Inmate/Parolee Signature: _Olen Matthew I_    Date Submitted: 10/05/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____

Division Head Approved: _____    Returned

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

January 4, 2008

*MATTHEWS, K39692*
*F103DR000000316U*

Log Number: RJD-3-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have failed to reasonably demonstrate that the issue you are appealing adversely affects your welfare, pursuant to CCR 3084.1(a).*

*SUBMIT AN INMATE REQUEST FOR INTERVIEW TO THE MAIL ROOM.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

This is a Civil Complaint pursuant penal code: sec. 422.6 (a)(b)(c); sec. 92
sec. 236; sec. 422.7 (a)(2)(3)(4); CCR's title 15: sec. 3084 (a)(b)(c); sec. 3270
sec. 3271(a)(b)(c) sec. 3413(a)(1)(2)(3)(4)(A)(i)(4)(B)(c)(a)

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

RECEIVED
JAN 0 3 2008
RICHARD J. DONOVAN CORR. FAC.

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | 1. | | 3 MAIL |
| 2. | 2. | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME MATTHEWS | NUMBER K39692 | ASSIGNMENT FAC-1 | UNIT/ROOM NUMBER 3/3164 |
|---|---|---|---|

**A. Describe Problem:** Attn: Mailroom Sergeant. I prisoner MATTHEWS are forwarding this complaint to your office's concerning an issue of un-answered inmate request of receiving my mailroom log card copy. I have sent three request during this month and also last month yet I am not receiving any response's and this is violent as well as violating prisoner/parolee's right's unto the due processes of law.

If you need more space, attach one additional sheet.

**B. Action Requested:** I am requesting immediate investigations unto this matter and that I may receive a copy of my mailroom log card immediately.

Inmate/Parolee Signature: _Den Matthw X_   Date Submitted: 01-02-08

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____   Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level    ☐ Granted     ☐ P. Granted     ☐ Denied     ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____  Title: _____  Date Completed: _____
Division Head Approved:                                                                    Returned
Signature: _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of
   receipt of response.

_____

_____

_____

_____

Signature: _____  Date Submitted: _____

Second Level     ☐ Granted     ☐ P. Granted     ☐ Denied     ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____  Date Completed: _____

Warden/Superintendent Signature: _____  Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of
   response.

_____

_____

_____

_____

_____

Signature: _____  Date Submitted: _____

For the Director's Review, submit all documents to:  Director of Corrections
                                                      P.O. Box 942883
                                                      Sacramento, CA 94283-0001
                                                      Attn: Chief, Inmate Appeals

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIRECTOR'S ACTION:    ☐ Granted     ☐ P. Granted     ☐ Denied     ☐ Other _____
☐ See Attached Letter
                                                                        Date: _____

CDC 602 (12/87)

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*January 23, 2008*

*MATTHEWS, K39692*
*F103DR000000316U*

Log Number: RJD-1-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You may only submit one (1) non-emergency appeal within a seven-calendar day period.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

This is a Civil Complaint pursuant penal code: sec. 422.6(a)(b)(c): sec. 92: sec. 234: ADC 112.53(a)(1)(2)(3)(4): CCR's Title 15, sec. 3004(a)(b)(c), sec. 3270: sec. 3291(b)(2)(3)(a)(b), sec. 3413(a)(1)(2)(3)(4)(A)(1)(4)(B)(c)(c)

Case 3:08-cv-00383-WQH-CAB   Document 1   Filed 02/28/2008   Page 16 of 24

**INMATE/PAROLEE**
**APPEAL FORM** ~~JAN 1 8 2008~~
CDC 602 (12/87)

RICHARD J. DONOVAN CORR. FAC.

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | 3May/ |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| MATTHEWS | K39692 | UNASSIGNED-Unclassified | FAC-1 3/3164 |

**A. Describe Problem:** Attn: Appeals Coordinator. I prisoner MATTHEWS are forwarding this complaint in lieu of your office using it's service's in violation of the Constitutions 1st Amendment for Prisoners (of my status) to be abled to redress issues of appeal. My complaint is as of demonstration. I prisoner MATTHEWS forwarded an issue of appeal to the Mailroom Sergeant on 01-02-08. This appeal has never even been forwarded to the concerned

If you need more space, attach one additional sheet. (SEE ATTACHED SHEET)

**B. Action Requested:** I am requesting without any technicalities of this sort to recieve the copy of my mailroom log card immediately due to a matter of legal importance's.

Inmate/Parolee Signature: _Olin Matthe_     Date Submitted: 01-16-2008

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____     Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

_____

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                                                    Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of
   receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of
   response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                     P.O. Box 942883
                                                     Sacramento, CA 94283-0001
                                                     Attn: Chief, Inmate Appeals

..................................................................................................

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

                                                                    Date: _____

CDC 602 (12/87)

parties of the appeal; but returned of your office's (as demonstrated) in responses of "demonstrate how this subject has adversely affected my welfare". It is so demonstrated of this form of activity — that there is evidently a conspiring or deletion of due processes in accordance's with the civil rights of prisoners with association of the California's Code of Regulations (CCR's Title 15,) sec. 3084.1 I prisoner MATTHEWS are saying this due to fact that if this appeal issue (the attached sheets) had been handled correctly you would have understood that: as written in my appeal there has been several occassions of I prisoner MATTHEWS sending in various inmate request for interview to mail room sergeant. There must exist as I've demonstrated of this complaint a prejudice or conspiring activity dis-allowing prisoner's the civility of examination and for to redress matters of extreme importance. There is also appearing the violations and intrusions into prisoner's right's to privacy. I am saying this because (first of all) demonstrating the adverse affects — give's leeway unto opening area's of, which I am requesting this mailroom log card unto a legal purpose. I also have written in my appeal that there is no response's unto inmate request for interview's unto the mailroom sergeant office's. Therefore this form of action by the appeals coordinator is prejudicing cause's of perhaps many and there of I am forwarding this complaint/appeals to your office's.

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*January 23, 2008*

**MATTHEWS, K39692**
*F103DR000000316U*

Log Number: RJD-1-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).***

***DUPLICATE ISSUE TO AN APPEAL SUBMITTED BY YOU DATED 11/27/07.***

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

This is a civil complaint pursuant penal code; sec. 422.6(a)(h)(c); sec. 92; sec. 236; sec. 34; CCR. 15 sec. 4(a); CCR. 15 title. 15. sec. 3004 (a)(b); sec. 3270; sec. 3271; sec. 3341B(a)(1)(2)(3)(4)(A)(1)(4)(3)(c)(c)

RECEIVED
JAN 1 8 2008

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category    8×Ms

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| MATTHEWS | K39692 | Unassigned / Unclassified | Fac-1 3/316 4 |

**A. Describe Problem:** ATTn: Appeals Coordinator. I prisoner MATTHEWS are forwarding this complaint of appeals concerning the attached forms, which are violations of the Constitutions 1st Amendment to redress and voice issue's of extreme's and importance and especially in an area of health and medical concern's and importance. I prisoner MATTHEWS submitted the attached appeals form on 11-27-07 concerning a medical issue of immediate importance and in direct

If you need more space, attach one additional sheet.    (SEE ATTACHED SHEET)

**B. Action Requested:** I am requesting the follow-ups and monitoring of my blood pressure to not only happen; but to continue to take charge. I am also suppose to be seen on a monthly basis. This hasn't happened and I am requesting it to start, and continue.

Inmate/Parolee Signature: _Alvin Matthews_    Date Submitted: 01-16-08

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____
_____
_____
_____
_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                                 Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

.......................................................................

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

                                                        Date: _____

CDC 602 (12/87)

assistance and/or seeking this accomodation for relief in this area of medical support. My contest is that the individual staff of whom appeals issue's are of the concerns are not receiving the appeals- and thereof violation of the individual staff/employee as well as prisoners/parolee's rights of corrections and/or correspondence's as well as civility on matter of subjects aren't being subjected in it's proper form. Instead the fore-said appeals coordinator are responding in area's without allowances of the proper channels to be of commerce. As described in the attached appeals; that on said date of 12-11-07 I were supposibly refferred to Facility Provider; and due to cause of that such supervision were prescribed to happen monthly from first visit with facility provider in the month of 10-08-07. None of these referrals up to this time of 01-16-08 have happened and I prisoner MATTHEW's are found once and again having to forward an appeals concerning this issue's which are demonstration of ineffective assistance's as well as unprofessionalism in the call to duty. I prisoner Matthews still haven't once been seen of a physician unto my condition; and are thereof forwarding this complaint of appeals to your office's.



**SAN DIEGO SUPERIOR COURT**
**CENTRAL DIVISION**
CRIMINAL OPERATIONS BUREAU
COUNTY COURTHOUSE • ROOM 2005
220 WEST BROADWAY
P.O. BOX 120128
SAN DIEGO, CALIFORNIA 92112-0128

February 19, 2008

Oliver Matthews
CDC# K-39692
P.O. Box 799005
San Diego,CA 92179

Dear Mr. Matthews,

The court is in receipt of your correspondence.  We are sorry to inform you that we have not received a petition in your name.  I have enclosed a blank petition for your convenience in case you would like to resubmit your petition.  Please be sure to fill out such information as name, case number, and original signature. You can also contact our Public line at (619) 531-3154.

Sincerely,

J.Hobbs
San Diego Superior Court
Attn: Habeas Corpus Desk
220 West Broadway
San Diego, CA 92101

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Oliver Matthews Jr.

| 2254 | 90 BENDANTS |
|---|---|
| FILING FEE PAID | |
| Yes | No |
| HPP MOTION FILED | |
| Yes | No |
| COPIES SENT TO | |
| Court | Prose |

Mailroom Personnel

**FILED**

FEB 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** San Diego
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Oliver Matthews Jr.
PO Box 799005
San Diego, CA 92179
K-39692

**ATTORNEYS (IF KNOWN)**

'08 CV 0383 WQH CAB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)** FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:  JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE    Docket Number

DATE    2/28/2008    SIGNATURE OF ATTORNEY OF RECORD

R. Mills